JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Myungmi Lee<br><br>          Plaintiff,<br><br>v.<br><br>University of Southern California et al.<br><br>          Defendants. | Case No.  CV 16-01174-AB (RAOx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  March 18, 2016            _____
                                                                      HON. ANDRÉ BIROTTE JR.
                                                                      UNITED STATES DISTRICT COURT JUDGE

1.